# Exhibit B

Home  >  Boating  >  Ropes / Harnesses  >  Booster Balls

# Booster Balls



### $125.99
### 4k Booster Ball

4k Booster Ball Inflatable Tow Rope Buoy ADVANCED TOWING SYS...

1 Review(s)



### $119.98
### BOB

BOB Tow Rope Inflatable Buoy What about BOB? BOB is an advan...

### SHOP BY

SHOPPING OPTIONS

**Price**

$119.98 - $119.98 (1)
$125.99 - $125.99 (1)

**Brand**

Airhead (1)
Sportsstuff (1)